No. 526. ALBERT M. RAYMOND, PETITIONER, v. THE UNITED STATES. January 22, 1906. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Levi H. David* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.

---

No. 544. EFFIE C. WILSON, PETITIONER, v. SAMUEL D. HOFFMAN. January 22, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. George J. Bergen* for petitioner. *Mr. C. L. Cole* for respondent.

---

No. 535. NORTH PACIFIC COAST RAILROAD COMPANY, PETITIONER, v. MRS. CATHERINE HALL ET AL.; No. 536. NORTH SHORE RAILROAD COMPANY, PETITIONER, v. J. S. McCUE; and No. 537. NORTH PACIFIC COAST RAILROAD COMPANY, PETITIONER, v. MRS. CATHERINE HALL ET AL. January 29, 1906. Petition for writs of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George W. Towle, Jr.,* for petitioners. *Mr. H. V. Morehouse* for respondents.

---

No. 550. R. PERCY WRIGHT, PETITIONER, v. EAST RIVERSIDE IRRIGATION DISTRICT. January 29, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. William F. Humphrey* and *Mr. G. W. McEnerney* for petitioner. *Mr. Byron Waters* for respondent.

---

No. 552. I. H. MOORE ET AL., PETITIONERS, v. JOHN DALTON ET AL. February 19, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. S. M. Stockslager* for petitioners. *Mr. E. S. Pillsbury* for respondents.